IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-0135-AP

Vicki Wade,

    Plaintiff,

v.

Carolyn W. Colvin, Acting Commissioner of Social Security,[1]

    Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1.  APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:

Ruth K. Irvin
Irvin & Irvin
595 Canyon Boulevard
Boulder, CO  80302
303-543-0337
rkirvin@irvinlaw.net

For Defendant:

Stephanie Lynn F. Kiley
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1001 Seventeenth Street
Denver, CO  80202
303-844-0815
Stephanie.kiley@ssa.gov

John F. Walsh
United States Attorney

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

J.B. Garcia
Assistant United States Attorney
District of Colorado

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    A.   Date Complaint Was Filed:  January 22, 2013

    B.   **Date Complaint Was Served on U.S. Attorney's Office: January 30, 2013**

    C.   **Date Answer and Administrative Record Were Filed: April 1, 2013**

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

**6.  STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.

**7. OTHER MATTERS**

The parties have no other matters to bring to the attention of the Court.

**8. BRIEFING SCHEDULE**

    A.   **Plaintiff's Opening Brief Due: June 12, 2013**

    B.   **Defendant's Response Brief Due:  July 12, 2013**

    C.   **Plaintiff's Reply Brief (If Any) Due:  July 29, 2013**

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    A. **Plaintiff's Statement:**  Plaintiff does not request oral argument.

    B. **Defendant's Statement:** Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

A. ( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

B. (x) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 19th day of April, 2013.

BY THE COURT:

_s/John L. Kane_
U.S. DISTRICT COURT JUDGE

APPROVED:                                    UNITED STATES ATTORNEY

/s/Ruth K. Irvin                             /s/Stephanie Lynn F. Kiley
Ruth K. Irvin, #10326                        By: Stephanie Lynn F. Kiley
Irvin & Irvin                                Special Assistant U.S. Attorney
595 Canyon Boulevard                         Office of the General Counsel
Boulder, CO  80302                           Social Security Administration
303-543-0337                                 1001 17th Street, 6th Floor
rkirvin@irvinlaw.net                         Denver, CO  80202
Attorney for Plaintiff                       303-844-0815
                                             Stephanie.kiley@ssa.gov
                                             Attorneys for Defendant