## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-0135-REB

VICKI L. WADE,

     Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

     Defendant.

## FINAL JUDGMENT

This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in accordance with the **Order Affirming Commissioner** [#29] entered by Judge Robert E. Blackburn on March 17, 2014, which order is incorporated herein by this reference.

**THEREFORE, IT IS ORDERED** as follows:

That the conclusion of the Commissioner through the Administrative Law Judge that plaintiff was not disabled is **AFFIRMED**.

DATED at Denver, Colorado, this 17th day of March, 2014.

                                FOR THE COURT:

                                Jeffrey P. Colwell, Clerk

                                By: s/Kathleen Finney
                                       Kathleen Finney
                                       Deputy Clerk